

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
DIANE DeVASTO

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

Monday, February 28, 2005

Ms. Julia F. Pendery
Godwin Gruber, LLP
1201 Elm Street
Suite 1700
Dallas, TX 75270

Mr. Douglas J. McCarver
3548 NE Stallings Dr.
Nacogdoches, TX 75961

RE:  Case Number:           12-04-00084-CV
     Trial Court Case Number:  C19,776-2003

Style:  Fidelity & Guaranty Insurance Company
        v.
        Drewery Construction Company, Inc.

Enclosed is a copy of the Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the Court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

CC:    Hon. Campbell Cox II
       Hon. John Ovard
       Ms. Donna Phillips